# UNITED STATES DISTRICT COURT
for the

Southern District of Georgia
Statesboro Division

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| Samuel Brown ) | Case No: CR606-00026-015 |
| ) | USM No: 12993-021 |
| Date of Previous Judgment: December 10, 2007 ) | Tom A. Edenfield |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of [X] the defendant [ ] the Director of the Bureau of Prisons [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
[X] DENIED.   [ ] GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: __21__   Amended Offense Level: __21__
Criminal History Category: __I__   Criminal History Category: __I__
Previous Guideline Range: __37__ to __46__ months   Amended Guideline Range: __37__ to __46__ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
[ ] The reduced sentence is within the amended guideline range.
[ ] The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
[ ] Other (explain):

**III. ADDITIONAL COMMENTS**
The defendant's offense level was not determined based on quantities of cocaine base. Rather, the defendant's offense level was determined based on quantities of cocaine hydrochloride. As such, he is not eligible for a reduction in sentence.

Except as provided above, all provisions of the judgment dated December 10, 2007, shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 9-23-08

Judge's signature

B. Avant Edenfield
United States District Judge
For the Southern District of Georgia
Printed name and title

Effective Date:
_____
(if different from order date)